UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDELL GREEN, SR., | ) |
|     Petitioner, | ) Case No. CV 15-5886-VAP(AJW) |
|   v. | ) |
| S. PERRY, Warden, | ) MEMORANDUM AND ORDER<br>) DISMISSING PETITION |
|     Respondent. | ) |

This habeas corpus petition challenges petitioner's 1995 conviction of bank robbery and the resulting sentence. [Petition at 2, 5, and attached pages].

Petitioner previously has filed three habeas corpus petitions in this Court challenging his 1995 conviction and sentence. The first two petitions were denied on the merits, and the Ninth Circuit denied petitioner's requests for a certificate of appealability. [Case Nos. CV 04-4705-GPS(AJW) and CV 07-7182-VAP(AJW)]. The third petition was dismissed as successive. [Case No. CV 10-5603-VAP(AJW)].

A federal court must dismiss a successive petition that raises the same grounds for relief as a prior petition. 28 U.S.C. § 2244(b)(1). A federal court must also dismiss a successive petition

raising a new ground for relief unless the petitioner can show that (1) the claim rests on a new, retroactive, constitutional right or (2) the factual basis of the claim was not previously discoverable through due diligence, and those new facts establish by clear and convincing evidence that but for the constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense. 28 U.S.C. § 2244(b)(2)(A)-(B). It is not the district court, however, that decides whether a successive petition may proceed. Rather, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Absent authorization from the Court of Appeals, this Court lacks jurisdiction over a successive petition. Burton v. Stewart, 549 U.S. 147, 152-153, 157 (2007); Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001), cert. denied, 538 U.S. 984 (2003).

Because petitioner has not obtained leave from the Court of Appeals to file a successive petition, the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

**It is so ordered.**

Dated:  August 10, 2015

Virginia A. Phillips
United States District Judge

2

```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION
11
   CLAUDELL GREEN, SR.,         )    Case No. CV 15-5886-VAP(AJW)
12                              )
             Petitioner,        )
13                              )    JUDGMENT
   v.                           )
14                              )
   S. PERRY, Warden,            )
15                              )
             Respondent.        )
16 _____)
17
       It is hereby adjudged that the petition for a writ of habeas
18
   corpus is dismissed for lack of jurisdiction.
19
20
   Dated: _____
21
22                                      _____
                                        Virginia A. Phillips
23                                      United States District Judge
24
25
26
27
28
```