UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDELL GREEN, SR., ) | Case No. CV 15-5886-VAP(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| S. PERRY, Warden, ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: August 10, 2015_

_____
Virginia A. Phillips
United States District Judge